

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2007

**BY HAND**

The Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

    Re:    **Sealed Indictment - United States v. Lewis Allen,**
             **S1 07 Cr. 235**

Dear Judge Eaton:

      The defendant in the above-captioned Indictment, returned by a grand jury and sealed on March 27, 2007, was arrested yesterday. Accordingly, the Government requests that Your Honor order that the Indictment be unsealed. The case was previously assigned to Judge Scheindlin.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                    By:  *[signature]*
                         Michael Q. English
                         Assistant United States Attorney
                         Tel: (212) 637-2594

Enclosure

*Granted*
*So Ordered*
*[signature] Douglas W. Eaton*
*USMJ  4/7/07*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
4/3/07