UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
D___ ___ED: 3/27/07

UNITED STATES OF AMERICA

    - v. -

LEWIS ALLEN,
  a/k/a "Choc,"

              Defendant.

- - - - - - - - - - - - - - - - - - -x

**SEALED INDICTMENT**

S1 07 Cr. _____

**07 CRIM    235**

## COUNT ONE

    The Grand Jury charges:

    1.    From in or about January 2007 up to and including on or about March 26, 2007, in the Southern District of New York and elsewhere, LEWIS ALLEN, a/k/a "Choc," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that LEWIS ALLEN, a/k/a "Choc," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).

## Overt Acts

    3.    In furtherance of the conspiracy and to effect the

illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.    On or about March 6, 2007, in the Bronx, New York, LEWIS ALLEN, a/k/a "Choc," the defendant, possessed more than 5 grams of crack cocaine.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.    On or about March 6, 2007, in the Southern District of New York, LEWIS ALLEN, a/k/a "Choc," the defendant, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); and Title 18, United States Code, Section 2.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

**LEWIS ALLEN,**
**a/k/a "Choc,"**

**Defendant.**

07 Cr.

## INDICTMENT

(Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(B) and 846; and
Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

*Madeline Couton*

Foreperson.