

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2007

**BY FACSIMILE**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07
```

    Re:   <u>United States v. Luis Valerio & Lewis Allen</u>
           S1 07 Cr. 235 (SAS)

Dear Judge Scheindlin:

       The Government respectfully writes to apprise Your Honor of the status of the above-captioned case. A pre-trial conference in this case was previously scheduled for May 2, 2007 at 4:30 p.m. The Government has not, however, completed the production of Rule 16 discovery to the defendants. The Government intends to complete Rule 16 discovery by May 1, 2007.

       I have discussed this matter with counsel for both defendants. Given the status of Rule 16 discovery, the parties respectfully request that the May 2nd conference be rescheduled for the week of May 7th at a time convenient for the Court.

       The Government respectfully requests that the Court exclude time under the Speedy Trial Act until the week of May 7, 2007. I have spoken with counsel for both defendants, and they consent to this request for the exclusion of time.

The Honorable Shira A. Scheindlin
April 30, 2007
Page 2

        Thank you for your consideration of this matter.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

                By: _____[signature]_____
                     Michael Q. English
                     Assistant United States Attorney
                     (212) 637-2594

cc:  Michael Sporn, Esq. (via fax)
    Donald Buchwald, Esq. (via fax)

*[Handwritten note:]* Request granted. Conference adjourned to May 8 at 2 p.m. So Ordered: [signature] USDJ 4/30/07