USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

May 31, 2007

By Facsimile # (212) 805-7920

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Lewis Allen
Ind. No. S1 07 Cr 235 (SAS)

Dear Judge Scheindlin:

This letter is respectfully submitted to request, and to clarify, that Mr. Allen joins in the prior request of the related defendant, Luis Valerio,[1] to extend the time to file motions from May 31, 2007 until June 28, 2007 for the same reasons set forth by counsel for Mr. Valerio in his letter to the Court, dated May 29, 2007.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Michael English, Esq.
By Facsimile # (212) 637-2387

Don. D. Buchwald, Esq.
By Facsimile # (212) 370-9885

*[Handwritten note: Request granted. All motions by June 28. Time excluded.]*

*[Handwritten: So ordered. /s/ 5/31/07]*

---

[1] Mr. Valerio is indicted separately in 07 Cr. 235 (SAS), but both instruments charge the same conspiracy.

Returned to chambers for scanning on 6/6/07 EW .
Scanned by chambers on _____.

MICROFILM  JUN - 4 2007 -9:00 AM