**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

September 21, 2007

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF
SEP      2007
JUDGE SCHEINDLIN

Re: United States v. Lewis Allen
    Ind. No. S1 07 Cr 235 (SAS)

Dear Judge Scheindlin:

    This letter is respectfully submitted to request that the sentence currently scheduled for November 6, 2007 be adjourned to January 8, 2008, or such other date convenient to the Court. The reason for this request is exactly the same as that proffered by the co-defendant, Luis Valerio – namely to insure that any proposed legislative changes in the sentencing guidelines relating to crack be firmly in place before the sentencing proceeding. The government consents to this application.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Michael Q. English, Esq.
    Don. D. Buchwald, Esq.
    Thomas McCarthy, U.S.P.O.

*Request granted. The sentencing previously scheduled for November 6, 2007 is adjourned to January 8, 2008 at 4:30 pm. SO ORDERED*

*Dated: September 24, 2007*

*Shira A. Scheindlin, U.S.D.J.*