

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2007

**By Facsimile**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/26/07

Re:  United States v. Luis Valerio and Lewis Allen
     S1 07 Cr. 235 (SAS)

Dear Judge Scheindlin:

     The Government respectfully submits this letter to request an adjournment of the sentencing of defendants Luis Valerio and Lewis Allen, currently scheduled for January 8, 2008. The Government has informed both the Probation Office and defense counsel of its belief that both defendants' prior crack distribution as part of the Angel Martinez drug distribution organization on Gerard Avenue in the Bronx (the leader of this organization, Angel Martinez, is facing murder and crack distribution charges before Judge Denny Chin in United States v. Angel Martinez et al., S3 06 Cr. 987 (DC)) constitutes relevant conduct for the defendants pursuant to Section 1B1.3(a)(2) of the United States Sentencing Guidelines. After discussing the issue with defense counsel, the parties anticipate that a Fatico hearing will be necessary to resolve the issue of the appropriate offense level determination for at least one of the defendants. The Government has been in the process of gathering information from cooperating witnesses regarding the defendants' respective roles in the Angel Martinez drug distribution organization, and will provide the Probation Office with the necessary information to complete the offense conduct section of the Presentence Investigation Report by December 26, 2007.

     Once the Presentence Investigation Report is completed, the parties will contact Your Honor's chambers to schedule a Fatico hearing, or in the event that no such hearing is necessary, to request a new sentence date.

*[Handwritten note:]* Request granted. Sentence adjourned sine die for both defendants. The Government is hereby ordered to contact the Court promptly to schedule a new date for their sentences. So Ordered. [signature] USDJ 12/24/07

The Honorable Shira A. Scheindlin
December 23, 2007
Page 2

      Thank you for your consideration of this matter.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          UNITED STATES ATTORNEY

               By: _____
                     Michael Q. English
                     Assistant United States Attorney
                     (212) 637-2594

cc:    Donald D. Buchwald, Esq.
       Counsel for Luis Valerio

       Michael H. Sporn, Esq.
       Counsel for Lewis Allen

TOTAL P.03