USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LEWIS ALLEN,

Defendant.

No. 07-CR-235 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant Lewis Allen's Motion for Reconsideration or Reduction in Sentence. *See* ECF No. 49. The government shall file a response no later than September 15, 2023.

SO ORDERED.

Dated:   August 31, 2023
         New York, New York

Ronnie Abrams
United States District Judge